Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

June 20, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 22, 2022
```

*Via ECF*
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Maldonado, et al. v. National Football League, et al.*, 22-cv-02289-ALC
NFL Defendants' Request to Reschedule the 11 a.m. June 23, 2022 Conference

Dear Judge Carter:

On behalf of the NFL Defendants, we respectfully request that the telephonic pre-motion conference scheduled for 11:00 am Eastern Time on June 23rd (ECF 54) be rescheduled to later that day, between 12:00 pm and 2:00 pm Eastern Time, or at another time convenient to the Court. If preferable to the Court, we could be available at the same time (11:00 am Eastern Time) on the following day, June 24th. The reason for this request is that lead counsel for the NFL Defendants is presenting to a client board at an in-person meeting in the United Kingdom on June 23rd. The presentation is expected to conclude by 12:00 pm Eastern Time.

The NFL Defendants have conferred with counsel for plaintiffs and Fanatics, who consent to this request and are available at the times noted above.

This is the first request to reschedule the pre-motion conference.

Respectfully submitted,

/s/ *Bradley I. Ruskin*
Bradley I. Ruskin
*Attorney for NFL Defendants*

cc: Counsel of Record

**The Court will reschedule the telephonic pre-motion conference in this action to Thursday, June 23, 2022 at 1:00pm Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56.**

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: June 22, 2022**