**LATHAM & WATKINS LLP**

1271 Avenue of the Americas
New York, New York 10020
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 29, 2022

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:  *Maldonado et al v. National Football League, Inc. et al*
     1:22-cv-02289-ALC – Withdrawal of Michael S. Bosworth

Dear Judge Carter:

I respectfully request permission to withdraw as counsel for Defendant Fanatics, LLC in the above-referenced case. I represent Fanatics, LLC in this matter along with Alfred C. Pfeiffer, Jr., Alicia R. Jovais, Belinda S Lee, Brendan McShane, and Christopher S. Yates of Latham & Watkins LLP, and R. Brendan Fee, Steven A. Reed, and Zachary M. Johns of Morgan, Lewis & Bockius LLP. Effective June 30, 2022, I will no longer be a member of Latham & Watkins LLP.

Latham & Watkins LLP and Morgan, Lewis & Bockius LLP will continue to represent Fanatics, LLC in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for Fanatics, LLC and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

/s/ Michael S. Bosworth
Michael S. Bosworth

cc: All Counsel of Record (via CM/ECF)