# EXHIBIT A-1

# APPENDIX 1

# 1/36 Viewport Analysis - Fanatics.com - Register - Portrait - Virtual Keyboard Off

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is visible above the fold.



# 2/36 Viewport Analysis - Fanatics.com - Register - Portrait - Virtual Keyboard On

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 3/36 Viewport Analysis - Fanatics.com - Register - Landscape - Virtual Keyboard Off

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 4/36 Viewport Analysis - Fanatics.com - Register - Landscape - Virtual Keyboard On

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 5/36 Viewport Analysis - Fanatics.com - Payment - Portrait - Virtual Keyboard Off

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 6/36 Viewport Analysis - Fanatics.com - Payment - Portrait - Virtual Keyboard On

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 7/36 Viewport Analysis - Fanatics.com - Payment - Landscape - Virtual Keyboard Off

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 8/36 Viewport Analysis - Fanatics.com - Payment - Landscape - Virtual Keyboard On

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 9/36 Viewport Analysis - Fanatics.com - Register - Landscape -

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: Macbook

In this example, the terms of use link is visible above the fold.



# 10/36 Viewport Analysis - Fanatics.com - Payment - Landscape -

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: Macbook

In this example, the terms of use link is hidden below the fold.



# 11/36 Viewport Analysis - Fanatics.com - Register - Portrait - Virtual Keyboard Off

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is visible above the fold.



# 12/36 Viewport Analysis - Fanatics.com - Register - Portrait - Virtual Keyboard On

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 13/36 Viewport Analysis - Fanatics.com - Register - Landscape - Virtual Keyboard Off

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 14/36 Viewport Analysis - Fanatics.com - Register - Landscape - Virtual Keyboard On

URL: https://fanatics.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 15/36 Viewport Analysis - Fanatics.com - Payment - Portrait - Virtual Keyboard Off

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 16/36 Viewport Analysis - Fanatics.com - Payment - Portrait - Virtual Keyboard On

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 17/36 Viewport Analysis - Fanatics.com - Payment - Landscape - Virtual Keyboard Off

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 18/36 Viewport Analysis - Fanatics.com - Payment - Landscape - Virtual Keyboard On

URL: https://fanatics.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 19/36 Viewport Analysis - nflshop.com - Register - Portrait - Virtual Keyboard Off

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is visible above the fold.



# 20/36 Viewport Analysis - nflshop.com - Register - Portrait - Virtual Keyboard On

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 21/36 Viewport Analysis - nflshop.com - Register - Landscape - Virtual Keyboard Off

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 22/36 Viewport Analysis - nflshop.com - Register - Landscape - Virtual Keyboard On

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 23/36 Viewport Analysis - nflshop.com - Payment - Portrait - Virtual Keyboard Off

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 24/36 Viewport Analysis - nflshop.com - Payment - Portrait - Virtual Keyboard On

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 25/36 Viewport Analysis - nflshop.com - Payment - Landscape - Virtual Keyboard Off

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 26/36 Viewport Analysis - nflshop.com - Payment - Landscape - Virtual Keyboard On

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Safari
Device: iPhone XS

In this example, the terms of use link is hidden below the fold.



# 27/36 Viewport Analysis - nflshop.com - Register - Landscape -

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: Macbook

In this example, the terms of use link is visible above the fold.



# 28/36 Viewport Analysis - nflshop.com - Payment - Landscape -

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: Macbook

In this example, the terms of use link is hidden below the fold.



# 29/36 Viewport Analysis - nflshop.com - Register - Portrait - Virtual Keyboard Off

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is visible above the fold.



# 30/36 Viewport Analysis - nflshop.com - Register - Portrait - Virtual Keyboard On

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 31/36 Viewport Analysis - nflshop.com - Register - Landscape - Virtual Keyboard Off

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 32/36 Viewport Analysis - nflshop.com - Register - Landscape - Virtual Keyboard On

URL: https://www.nflshop.com/register
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 33/36 Viewport Analysis - nflshop.com - Payment - Portrait - Virtual Keyboard Off

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 34/36 Viewport Analysis - nflshop.com - Payment - Portrait - Virtual Keyboard On

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 35/36 Viewport Analysis - nflshop.com - Payment - Landscape - Virtual Keyboard Off

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.



# 36/36 Viewport Analysis - nflshop.com - Payment - Landscape - Virtual Keyboard On

URL: https://www.nflshop.com/payment
Date captured: 12 August 2022

Browser: Google Chrome
Device: iPhone 11

In this example, the terms of use link is hidden below the fold.

