# EXHIBIT A-2

# APPENDIX 2

# 1/13: Font size and text contrast analysis

## Item analysed

Terms of use link

## Close-up screenshot







## Foreground text color

#3863A3

## Background text color

#FFFFFF

## Color contrast ratio

6.03:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022

# 2/13: Font size and text contrast analysis

## Item analysed

Footnote ("Includes shipping & handling")

## Close-up screenshot




## Foreground text color

#242424

## Background text color

#F5F6F8

## Color contrast ratio

14.35:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022



# 3/13: Font size and text contrast analysis

## Item analysed

EDIT link

## Close-up screenshot







## Foreground text color

#3863A3

## Background text color

#FFFFFF

## Color contrast ratio

6.03:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022

# 4/13: Font size and text contrast analysis

## Item analysed

Payment radio buttons e.g. "Paypal"

## Close-up screenshot







## Foreground text color

#242424

## Background text color

#FFFFFF

## Color contrast ratio

15.52:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022

# 5/13: Font size and text contrast analysis

## Item analysed

Shipping option dropdown "Standard: 3-7 business days $4.99"

## Close-up screenshot







## Foreground text color

#242424

## Background text color

#FFFFFF

## Color contrast ratio

15.52:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022

# 6/13: Font size and text contrast analysis

## Item analysed

Address content

## Close-up screenshot




## Foreground text color

#242424

## Background text color

#FFFFFF

## Color contrast ratio

15.52:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022



# 7/13: Font size and text contrast analysis

## Item analysed

Subheading (e.g. "Shipping address")

## Close-up screenshot







## Foreground text color

#242424

## Background text color

#FFFFFF

## Color contrast ratio

15.52:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022

# 8/13: Font size and text contrast analysis

## Item analysed

"Secure Checkout" page heading

## Close-up screenshot




## Foreground text color

#242424

## Background text color

#FFFFFF

## Color contrast ratio

15.52:1

## URL

https://www.fanatics.com/payment

## Captured on:

14 August 2022



# 9/13: Font size and text contrast analysis

## Item analysed

Footer navigation e.g. "About us"

## Close-up screenshot







## Foreground text color

#242424

## Background text color

#F4F5F5

## Color contrast ratio

14.21:1

## URL

https://www.fanatics.com/register

## Captured on:

14 August 2022

# 10/13: Font size and text contrast analysis

## Item analysed

Terms of use link

## Close-up screenshot







## Foreground text color

#3863A3

## Background text color

#FFFFFF

## Color contrast ratio

6.03:1

## URL

https://www.fanatics.com/register

## Captured on:

14 August 2022

# 11/13: Font size and text contrast analysis

## Item analysed

"Already a member? LOG IN" link

## Close-up screenshot







## Foreground text color

#686868

## Background text color

#FFFFFF

## Color contrast ratio

5.57:1

## URL

https://www.fanatics.com/register

## Captured on:

14 August 2022

# 12/13: Font size and text contrast analysis

## Item analysed

Input placeholder e.g. "First Name"

## Close-up screenshot




## Foreground text color

#767676

## Background text color

#FFFFFF

## Color contrast ratio

4.54:1

## URL

https://www.fanatics.com/register

## Captured on:

14 August 2022



# 13/13: Font size and text contrast analysis

## Item analysed

"REGISTER" page heading

## Close-up screenshot







## Foreground text color

#242424

## Background text color

#FFFFFF

## Color contrast ratio

15.52:1

## URL

https://www.fanatics.com/register

## Captured on:

14 August 2022