# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Saul Maldonado, et al.,

Plaintiffs,

v.

National Football League, at al.,

Defendants.

Case No. 1:22-cv-02289-ALC

**DECLARATION OF PLAINTIFF LESIA DUNN IN SUPPORT OF CLASS PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

I, Lesia Dunn, hereby declare as follows:

1. I am an individual over 18 years old. I currently reside in Texas. I am a named Plaintiff in the above captioned action. I make this declaration based upon my personal knowledge and could competently testify to the facts herein if called to do so. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Class Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration.

2. As described in the declaration Stephanie Flinchbaugh submitted in support of Defendants' Motion to Compel Arbitration and for a Stay Pending Arbitration ("Flinchbaugh Declaration"), I made the following purchases and created the following account:

| Date | Action | Website | Platform |
|---|---|---|---|
| 5/10/2021 | Purchase | Fanatics.com | Mobile |
| 6/25/2020 | Purchase | Fanatics.com | Desktop |
| 11/19/2018 | Account Creation | Fanatics.com | |

3. I also made additional purchases on NFLShop.com and Fanatics.com that are not listed in the Flinchbaugh Declaration.

4. I do not recall seeing any disclosure about Defendants' Terms of Use when I accessed NFLShop.com and Fanatics.com, and I have never read Defendants' Terms of Use.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/31/2022

City: Dallas

State: Tx

DocuSigned by:

Lesia Dunn

CA7814F4C495485...

Lesia Dunn