

January 18, 2024

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:** *Maldonado, et al. v. National Football League, et al.*, 22-cv-02289-ALC,
Withdrawal of Dena C. Sharp, Adam E. Polk, and Kyle P. Quackenbush

Dear Judge Carter,

On behalf of Dena C. Sharp, Kyle P. Quackenbush, and myself, attorneys at Girard Sharp LLP, we respectfully request permission to withdraw as counsel for Plaintiffs Saul Maldonado, Dean Santos, Lesia Dunn, and Kimberly Ann Marckmann, and Louis Hibbs, in the above-referenced case. We represented the Plaintiffs along with several attorneys from the law firm Burns Charest LLP ("Burns Charest") including Christopher J. Cormier, Claire Bosarge Curwick, Lauren Cross, Patrick Murphree, and Spencer Morgan Lee Cox. Moreover, on January 2, 2024, Matthew S. Tripolitsiotis and Cristina Delise of Burns Charest's New York office entered their appearances on behalf of Plaintiffs. D.I. 79 & 80. These Burns Charest attorneys will continue to represent Plaintiffs in this case. Thus, our withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve Dena C. Sharp, Kyle P. Quackenbush, and myself as counsel for the Plaintiffs and that the Court's docket be amended to reflect our withdrawal as counsel.

Respectfully submitted,

_____
Adam E. Polk

cc:   All Counsel of Record (via ECF)