UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES FRANZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>                    Defendants. | Case No. 1:23-cv-11288-ALC-JLC<br><br>[Related Case No. 1:22-cv-02289-ALC-JLC]<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

The motion of Christopher S. Yates for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California and that his contact information is as follows:

Applicant's Name: Christopher S. Yates
Firm Name: Latham & Watkins LLP
Address: 505 Montgomery Street, Suite 2000
City/State/Zip: San Francisco, California 94111
Telephone: (415) 391-0600
Fax: (415) 395-8095

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Fanatics, LLC in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __February 28__, 2024

_____
United States District Judge Andrew L. Carter, Jr.